FILED

01/15/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0687

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0687

_____

BRADLEY C. WORKMAN AND
KAREN M. WORKMAN,

      Plaintiffs and Appellants,

  v.

O R D E R

BRIAN KENNETH STAINTHORPE,

      Defendant and Appellee.

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Matthew J. Cuffe, District Judge.

For the Court,

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 15 2025